DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RANDY B. PETERSILGE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2022-3826
_____

June 14, 2024

Appeal from the Circuit Court for Pasco County; Mary M. Handsel, Judge.

Christina Lynn LaMaida of Stevens & LaMaida PLLC, Dade City, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, SILBERMAN, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.